IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WALTER E. WILLIAMS,

      Appellant,

v.

THE FLORIDA BAR,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4803

_____/

Opinion filed June 11, 2015.

An appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

Walter E. Williams, pro se, Appellant.

Barry Richard, M. Hope Keating, and Michael H. Moody of Greenberg Traurig, P.A., Tallahassee, for Appellee.


PER CURIAM.

AFFIRMED.  *See Marr v. The Florida Bar*, 143 So. 3d 920 (Fla. 2014);

*Osterback v. The Florida Bar*, 135 So. 3d 288 (Fla. 2013); *Tyson v. The Florida Bar*,

826 So. 2d 265 (Fla. 2002).


THOMAS, MARSTILLER, and BILBREY, JJ., CONCUR.